No. 76–6738. HEIMERLE v. UNITED STATES. C. A. 2d Cir. Motion for leave to file supplement to petition granted. Certiorari denied.

No. 76–6802. CARMICHAEL v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied. MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL would grant certiorari even though the denial of the petition is without prejudice to the filing of a petition for writ of habeas corpus in the appropriate United States District Court.

No. 76–6834. BLACKMON v. WAINWRIGHT, SECRETARY, DEPARTMENT OF OFFENDER REHABILITATION OF FLORIDA. Sup. Ct. Fla. Certiorari denied. MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL would grant certiorari.

No. 77–3. GISH v. BOARD OF EDUCATION OF THE BOROUGH OF PARAMUS. Super. Ct. N. J. Certiorari denied. MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL would grant certiorari.

No. 77–91. GAYLORD v. TACOMA SCHOOL DISTRICT No. 10 ET AL. Sup. Ct. Wash. Certiorari denied. MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL would grant certiorari.

No. 76–6872. SANDOVAL v. UNITED STATES. C. A. 9th Cir. Motions of Aguilar et al. for leave to join in petition denied. Certiorari denied.

No. 77–118. PACIFIC ENGINEERING & PRODUCTION COMPANY OF NEVADA v. KERR-MCGEE CORP. ET AL. C. A. 10th Cir. Certiorari denied. MR. JUSTICE WHITE and MR. JUSTICE BLACKMUN would grant certiorari. MR. JUSTICE STEWART took no part in the consideration or decision of this petition.